Galveston Division Of The United States
District Court For The Southern District Of Texas

United States Courts
Southern District of Texas
FILED

JUN 18 2024

Nathan Ochsner, Clerk of Court

| | | |
|---|---|---|
| STATE OF TEXAS, THE MUNICIPALITY OF THE CITY OF ANGLETON<br><br>V.<br><br>INGA ANTINE HOWARD | § § § § § § | CIVIL CAUSE #<br><br>3:24-cv-178 |

Respondent,

PETITION, COMPLIANT, AND CLAIM IN THE NATURE OF A PETITION AND CLAIM FOR FALSE AND MISLEADING, BAD FAITH AND FAIR DEALING.

TO THE HONORABLE JUDGE SAID OF COURT:

Re: Request for Removal of Case to Federal Equity Court

Dear Clerk of the Court,

I am writing to formally request the removal of my case from the State Court of TEXAS to the Federal Equity Court. This request is based on the violation of my Fifth Amendment rights, specifically my right to due process.

Cause# A00156611 & A0015661V-1.

On March 14th, 2004, during a special appearance on an open docket day for a traffic violation (speeding) in the municipality of the City of Angleton, I was unlawfully arrested. Despite my special appearance, I was detained overnight. My affidavit of truth wasn't read or accepted. Nothing in my affidavit was addressed. I wasn't made aware of why I was being arrested.

The following day, Judge Mark Jones coerced me into entering a plea under duress by stating that I would remain incarcerated for an additional five days if I did not comply. This coercion and the subsequent actions taken against me have significantly violated my right to due process.

Furthermore, I have been subjected to ongoing harassment following this incident. My requests for information through the Freedom of Information Act (FOIA) have been ignored. My continuous requests for case-related information have been disregarded, further violating my right to due process. Additionally, I have been repeatedly harassed by police officers and have received unsolicited letters delivered to my home.

Despite having tendered payment with my bill of exchange, I am still being summoned to court, and my requests for a receipt for this payment have gone unanswered. This lack of response and ongoing court dates indicate that the parties involved are not acting in good faith.

Given these circumstances and the continuous violation of my constitutional rights, I believe it is necessary for this case to be moved to the Federal Equity Court, where a fair and just resolution can be pursued.

Thank you for your attention to this matter. I look forward to your prompt response.

Sincerely,

By: *Howard, Inga-Antine*

HOWARD, INGA-ANTINE, AUTH. REP. WITHOUTRECOURSE

righthandpathgrp@gmail.com
979-248-0323
100 Cannan Dr Unit #2334
Angleton, TX 77516