United States District Court
Southern District of Texas
**ENTERED**
July 12, 2024
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**GALVESTON DIVISION**

| | |
|---|---|
| STATE OF TEXAS, THE MUNICIPALITY OF THE CITY OF ANGLETON, § § § § Plaintiff. § § V. § § INGA-ANTINE HOWARD, § § Defendant. § § § | 3:24-cv-178 |

### ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

On June 20, 2024, this case was set for an initial scheduling conference before United States Magistrate Judge Andrew M. Edison. Dkt. 2. Judge Edison filed a memorandum and recommendation on June 25, 2024, sua sponte recommending that this matter be summarily remanded to the Municipal Court of Record of the City of Angleton. Dkt. 3.

No objections have been filed to the memorandum and recommendation. Accordingly, the court reviews it for plain error on the face of the record. 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72(b)(3).

Based on the pleadings, the record, and the applicable law, the court finds that there is no plain error apparent from the face of the record. Accordingly:

(1) Judge Edison's memorandum and recommendation (Dkt. 3) is approved and adopted in its entirety as the holding of the court; and

(2) The initial scheduling conference set for September 25, 2024 is cancelled; and

(3)   The Clerk of Court is instructed to close this case.

SIGNED on Galveston Island this 12th day of July 2024.

                                              JEFFREY VINCENT BROWN
                                              UNITED STATES DISTRICT JUDGE